# Court of Appeals
# of the State of Georgia

ATLANTA, December 15, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0025. IN THE INTEREST OF J. W. et al. CHILDREN.**

Applicants' Motion for an Extension of Time to File Discretionary Application is hereby granted. Said application shall be filed on or before January 17, 2018.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/15/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*